ORDERED.

**Dated: January 07, 2020**

_Roberta A. Colton_
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: ) | |
| ) | |
| ASBEL VICIEDO, ) | Case No. 3:18-bk-03184-JAF |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

| | |
|---|---|
| ) | |
| CREAL DALLAS, LLC, ) | |
| ) | Adv. No. 3:19-ap-00007-JAF |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| ASBEL VICIEDO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **JUDGMENT**

This matter came before the Court on the Complaint to Determine Dischargeability of Debt (Doc. 1) filed by Creal Dallas, LLC, the Plaintiff herein, against Asbel Viciedo, the Debtor and Defendant herein. A final evidentiary hearing was held on November 26, 2019. After reviewing the pleadings and evidence, hearing live testimony and argument, and in conformity

with and pursuant to the Memorandum, Decision, and Findings of Fact entered contemporaneously herewith, it is

**ORDERED** that:

1. Judgment is entered in favor of Debtor/Defendant, Asbel Viciedo.

2. The indebtedness owed to the Plaintiff Creal Dallas, LLC by the Debtor/Defendant Asbel Viciedo is **DISCHARGED**.

Service of this Order other than by CM/ECF is not required. Local Rule 9013-3(b).